IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

NARANBHAI KACHRABHAI CHAUDHARI ,        *

                Plaintiff,                  *

v.                                                              Case No.  7:24-cv-9 (WLS)
                                         *

UR JADDOU,
                                         *

                Defendant.
_____        *

## J U D G M E N T

Pursuant to this Court's Order dated April 9, 2024, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 9th day of April, 2024.

                                  David W. Bunt, Clerk


                                  s/ Kathleen S. Logsdon, Deputy Clerk